IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No.     12-cv-00079-WYD-KLM

CAROLYN CAPPS,

     Plaintiff,

v.

STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, an Illinois corporation,

     Defendant.

---

## ORDER OF DISMISSAL WITH PREJUDICE

---

THIS MATTER comes before the Court on the Stipulated Motion for Dismissal With Prejudice (ECF No. 10), filed May 30, 2012.   After carefully reviewing the above-captioned case, I find that the motion should be granted and this case should be dismissed with prejudice pursuant to Fed. R. Civ. 41(a).   Accordingly, it is

ORDERED that the Stipulated Motion for Dismissal With Prejudice (ECF No. 10) is **GRANTED**.   In accordance therewith, this matter is **DISMISSED WITH PREJUDICE**, each party to bear its own attorney fees and costs.

Dated:   May 31, 2012.

BY THE COURT:


s/ Wiley Y. Daniel                          
WILEY Y. DANIEL,
CHIEF UNITED STATES DISTRICT JUDGE